# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-627-FDW-DCK

| | |
|---|---|
| CATRINA BLAZER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TWC ADMINISTRATION LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Stacy K. Wood, concerning Joseph Scott Carr on September 19, 2016. Mr. Joseph Scott Carr seeks to appear as counsel *pro hac vice* for Defendant TWC Administration LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Joseph Scott Carr is hereby admitted *pro hac vice* to represent Defendant TWC Administration LLC.

**SO ORDERED**.

Signed: September 20, 2016

David C. Keesler
United States Magistrate Judge